UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THE MINOCQUA BREWING COMPANY LLC
and KIRK C. BANGSTAD,

                Plaintiffs,

                                      Consolidated Case No. 23-cv-578
                                      and No. 24-cv-135

     v.

THE TOWN OF MINOCQUA, MARK
HARTZHEIM, SUSAN HEIL, JOHN
THOMPSON, WILLIAM FRIED,
BRIAN FRICKE, ERIKA PETERSEN,
DOES 1-10, and DOES 3-10,

                Defendants.

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the Plaintiffs, the Minocqua Brewing Company LLC and Kirk C. Bangstad, and the Defendants, through their respective attorneys, that this entire action involving two consolidated cases, No. 24-cv-135 and No. 23-cv-578, may be dismissed with prejudice, on the merits and without costs or fees to either party and an Order to that effect may be entered without further notice or hearing.

Dated this 5th day of June 2024.

1

**MUNICIPAL LAW & LITIGATION GROUP, S.C.**

Attorneys for the Town of Minocqua, Mark Hartzheim, Susan Heil, John Thompson, William Fried, Brian Fricke, Erika Petersen, Does 1-10, and Does 3-10

By: */s/ Electronically signed by Remzy D. Bitar*
    REMZY D. BITAR
    State Bar No. 1038340
    MATTEO REGINATO
    State Bar No. 1089724
    GREGORY M. PROCOPIO
    State Bar No. 1118639

    730 N. Grand Avenue
    Waukesha, WI 53186
    O: (262) 548-1340
    F: (262) 548-9211
    E:    rbitar@ammr.net
          mreginato@ammr.net
          gprocopio@ammr.net

**MELMS LAW**

Attorney for the Minocqua Brewing Company LLC and Kirk C. Bangstad

By: */s/ Electronically signed by Frederick B. Melms*
    Frederick B. Melms Esq.
    Bar No. 1093957

    PO BOX 212
    Woodruff, WI 54568

    555 W Brown Deer Rd Unit 200,
    Bayside, WI 53217

    Telephone: (715) 892-3023
    Facsimile: (715) 449-4304
    Email: Frederick@Melmslaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THE MINOCQUA BREWING COMPANY LLC
and KIRK C. BANGSTAD,

                Plaintiffs,

                                            Consolidated Case No. 23-cv-578
                                            and No. 24-cv-135

     v.

THE TOWN OF MINOCQUA, MARK
HARTZHEIM, SUSAN HEIL, JOHN
THOMPSON, WILLIAM FRIED,
BRIAN FRICKE, ERIKA PETERSEN,
DOES 1-10, and DOES 3-10,

                Defendants.

## ORDER FOR DISMISSAL

Based on the parties' stipulation in this action,

**IT IS HEREBY ORDERED** that all claims and causes of action against the Defendants in this consolidated matter are dismissed with prejudice, on the merits and without costs or fees to either party.

1